# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

| | |
|---|---|
| *William Wellman* | ) Case No. _____ |
| **Plaintiff(s)** | ) *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) |
| -v- | ) Jury Trial: *(check one)* ☐ Yes ☑ No |
| *Robin Hood Condos HOA* | ) |
| **Defendant(s)** | ) |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) |

2024 MAY 17 AM 10: 00

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | *Robin Hood Condos HOA* |
| Street Address | *Notestine Law Firm* |
| City and County | *109 Kenner Ave. Nashville* |
| State and Zip Code | *Tennessee 37205* |
| Telephone Number | *615-297-1568 ext. 13* |
| E-mail Address | *Trent Notestine law.com* |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Robin Hood Condos HOA
Property Management
109 Kenner Ave.
Nashville, Davidson County
Tennessee 37205
615-297-1568 ext. 13
Trent Notestine IAW.com

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Right of Representation in Court Pro, Se. Not Notified of Hearing or Trial Due to Plaintiffs using wrong Address*

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b.   If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

   and has its principal place of business in the State of *(name)*

   _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

      b.      If the defendant is a corporation

              The defendant, *(name)* _____, is incorporated under

              the laws of the State of *(name)* _____, and has its

              principal place of business in the State of *(name)* _____ .

              Or is incorporated under the laws of *(foreign nation)* _____ ,

              and has its principal place of business in *(name)* _____

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.      The Amount in Controversy

          The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

                    $ 18,500

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Robin Hood HOA is soeing For past Due Fees Alledgedly.
Robin Hood And Attorneys Willfully sent All Notices to Address
the Defendant did not live At. This was to prevent Defendant
From giving their side of the case In Court

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

(1) A New Trial     or (2) over turn Final Judgement
    IF Not granted (1) or (2) refer to ADR Mediation Service.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     5 - 16 - 24

Signature of Plaintiff     William Wellman

Printed Name of Plaintiff     William WELLMAN

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

May 15,2024

To; Federal Court of appeals

From: William Wellman,Pro,Se

Subject: Appeal of a final judgement district court
of Davidson County

I'm writing in regards to a decision made not in my favor by the
Court of Appeals Middle Division.(Case number(21C1764). The
orignal summons was from April 5,2021. The plaintiff's Robin
Hood Condos HOA Their attorneys and my attorney sent all notices
of the hearing 4-14-2023 and trial 08-11-2023.To Robin Hood Condo
323 Forrest Park Road Unit 2.Madison Tennessee. My home address
is 7006 Old clarksville pike Joelton Tennessee 37080.Robin  Hood
Condos is a rental property.           I've never lived there.The
tenant who resides there since  2019 has written a statement to
that effect and notorized it.I'm including that statement.The
Court of Appeals of Tennessee dismissed my appeal as stated (1).
I didn't appeal in the thirty day time frame. The defendant had
 no idea was unaware of the trial.A strategic move by the plaintiffs.
Forrest Park Road has never been my address.(2).It was noted
 the trial court dismissed my counterclaim.I never got a chance
 to make a counterclaim.I've asked several times for the transcripts
 of the hearing and the trial.I've received no response.
 (3) Statements were sent to the courts showing monthly payments
were made. The plaintiff's request was extremely excessive.
This was not mentioned in the appeals dismissal.(4) The defendant
 just recently received the notice showing the motions,statements,
 and orders.None of the actions were made available to me until
 the judge allowed my attorney to withdraw(8-10-23) and summary
 judgement(8-31-23).The defendants side of the case was strong

enough that the plaintiffs willfully deceived the courts.
I'm petetioning the Federal Court to intervene.Grant a new
trial at the federal level.If possible overturn this judge-
ment due to prejudice.Due to the lenthiness of all the doc-
ments and photos supporting the defendants arguments there
not being included with this brief however can be delivered
the same day the court ask. I was also informed by Jacinta
Westthe tenant at 323 Forrest Park road Madison,Tn that she
mailed the notarized statement yesterday 5-15-24.If the
court would like to verify this her phone number is (1317-
828-4579).Will drop it off soon as I receive it.


                                    sincerely,William Wellman

                                    William Wellman

## IN THE FIFTH CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE
## AT NASHVILLE

| | | |
|---|---|---|
| ROBIN HOOD CONDO ASSOCIATION | ] | |
| | ] | |
| Plaintiff, Counter-Defendant, | ] | |
| | ] | |
| v. | ] | Case No: 21C1764 |
| | ] | |
| WILLIAM WELLMAN | ] | |
| | ] | |
| Defendant, Counter-Plaintiff. | ] | |

## ORDER APPROVING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

This cause was set for a motion hearing on Friday, August 11, 2023 on the 9:00 a.m. docket in front of the Honorable Joe Binkley, Jr. Based upon the facts presented in the Plaintiff's Motion for Summary Judgment, Memorandum of Law, Statement of Undisputed Facts, and various supporting documents, the Court finds the Plaintiff's arguments to be well taken as there are no material facts in dispute. Additionally, Defendant did not file a response or objection, thus the Motion for Summary Judgment was unopposed. Thus, the Court finds the Plaintiff's Motion for Summary Judgment should be granted against the Defendant *as to all claims* and according to Tennessee Rule of Civil Procedure 56. It is therefore;

**ORDERED, ADJUDGED, AND DECREED** that the Court finds the Plaintiff's arguments to be well taken as there are no material facts in dispute. Thus, the Court finds the Plaintiff's Motion for Summary Judgment should be granted against the Defendant and according to Tennessee Rule of Civil Procedure 56. It is further;

**ORDERED, ADJUDGED, AND DECREED** that the Court finds the Plaintiff's claims for Homeowner's Association Dues, now totaling Seven Thousand Six Hundred Seventy-Five Dollars and Twenty Cents ($7,675.20) are well-taken with no material facts in dispute. Thus, the

Court finds the Plaintiff's Motion for Summary Judgment should be granted against the Defendant and according to Tennessee Rule of Civil Procedure 56. It is further;

**ORDERED, ADJUDGED, AND DECREED** that the Court finds the Plaintiff's claims for their Attorney's Fees, now totaling Ten Thousand Five Hundred Dollars ($10,500.00) are well-taken with no material facts in dispute. Thus, the Court finds the Plaintiff's Motion for Summary Judgment should be granted against the Defendant and according to Tennessee Rule of Civil Procedure 56. It is further;

**ORDERED, ADJUDGED, AND DECREED** that the Court finds the Plaintiff's request for pre-judgment and post-judgment interest and the court costs of this action should be granted against the Defendant and according to Tennessee Rule of Civil Procedure 56. It is further;

**ORDERED, ADJUDGED, AND DECREED** that Defendant's claim for Breach of Contract, and all related averments and claims, are not well taken and there are no material facts in dispute. Thus, the Court finds the Plaintiff's Motion for Summary Judgment should be granted against the Defendant and according to Tennessee Rule of Civil Procedure 56. It is further;

**ORDERED, ADJUDGED, AND DECREED** that all other claims in Defendant's Counterclaim against the Plaintiff are not well taken and there are no material facts in dispute. Thus, the Court finds that all Defendant's Claims and Counterclaims are hereby dismissed according to Tennessee Rule of Civil Procedure 56. It is finally;

**ORDERED, ADJUDGED, AND DECREED** that the trial date originally set for this matter for September 13, 2023 at 9:30 a.m. is hereby canceled and the Defendant may not pursue any further claims surrounding this lawsuit in the future.

THIS _____ DAY _____ 2023.

_____
JUDGE JOE P. BINKLEY, JR.



Case Title:      ROBIN HOOD CONDO ASSOCIATION V WELLMAN

Case Number:     21C1764

Type:            ORDER- GENERAL

The foregoing is hereby ORDERED, ADJUDGED
AND DECREED:

_____

Judge Joe Binkley, Jr., Fifth Circuit

Electronically signed on 08/31/2023 08:43 AM     page 4 of 4

DEC... NOV - 3 2023 By...

## ROBIN HOOD CONDO ASSOCIATION v. WILLIAM WELLMAN
### Appeal No.: M2023-01519-COA-R3-CV

**Court Appealed to:** ☑ Court of Appeals
    ☐ Supreme Court
(Workers' Compensation cases are appealed to the Supreme Court)

**Appellant:** William Wellman
**County/Court:** Davidson County Circuit Court
**Trial Judge:** Joseph P. Binkley, Jr.
**Trial Court Number(s):** 21C1764

1. **Nature of case:** ☐ Juvenile  ☐ Termination of Parental Rights
    ☐ Workers' Compensation  ☑ Other

2. **Jurisdiction:**

    A. Date of entry of judgment appealed from: _September 13, 2023_
    B. Is the order appealed from a final order, i.e., **does it dispose of the action as to all claims by the parties?**
    C. If the judgment/order is not a final disposition as to all claims by all parties, did the trial judge direct the entry of judgment in accordance with T.R. Civ.P. 54.02?
    Date of order, if applicable: _____
    D. Date of any post-trial motion filed: _October 27, 2023_
    E. Date of disposition of any post-trial motion filed: _____
    F. Will there be: ☐ Transcript of Evidence
               ☑ Statement of Evidence
               ☐ Neither

3. Concise statement of the issues proposed to be raised. You are not bound by this statement. Avoid general statements such as "the judgment is not supported by the evidence".
(Use reverse side if necessary) (1) show evidence of PAYMENTS MADE (2) show evidence of conditions (PROPERTY deteriorating (3) Notification of Proceedings not received

**Name of Party Represented**                **Attorney for Appellant**

_William Wellman_
Address: _700 Le Old Clarksville Pike_
_Joelton TN 37080_

Phone: _615-892-0817_

Date: _____
BPR#: _____
Phone: _____

Court of Appeals - Middle Division
Appellate Court Clerk's Office - Nashville
100 Supreme Court Building
401 7th Avenue North
Nashville, TN 37219-1407
(615) 741-2681

judgment and entered a final judgment in favor of Robin Hood in the amount of $7,675.20 plus attorney's fees in the amount of $10,500.00. The trial court also dismissed Mr. Wellman's counterclaim. Mr. Wellman filed a notice of appeal with the clerk of this Court on October 27, 2023.

Tennessee Rule of Appellate Procedure 4(a) requires that a notice of appeal be filed with the clerk of the appellate court within thirty days after entry of the judgment appealed. Mr. Wellman did not file his notice of appeal until fifty-seven days after entry of the judgment. On November 2, 2023, this Court ordered Mr. Wellman to show cause why his appeal should not be dismissed for failure to file a timely notice of appeal. Mr. Wellman responded, and the Court reserved judgment on the matter pending receipt of the record. The clerk received the record on March 20, 2024.

In his response, Mr. Wellman does not dispute that he filed his notice of appeal more than thirty days after entry of the final judgment. While the response raises a question concerning whether the address listed on the final judgment's certificate of service was Mr. Wellman's correct address at the time, such factual questions are not for this Court to decide.

The thirty-day time limit for filing a notice of appeal is mandatory and jurisdictional. *Albert v. Frye*, 145 S.W.3d 526, 528 (Tenn. 2004); *Binkley v. Medling*, 117 S.W.3d 252, 255 (Tenn. 2003). This Court can neither waive, TENN. R. APP. P. 2, nor extend, TENN. R. APP. P. 21(b), the time period. *Flautt & Mann v. Council of City of Memphis*, 285 S.W.3d 856, 868 at n.1 (Tenn. Ct. App. 2008); *Jefferson v. Pneumo Servs. Corp.*, 699 S.W.2d 181, 184 (Tenn. Ct. App. 1985). The failure to file a timely notice of appeal deprives this Court of jurisdiction to hear the matter. *Flautt & Mann*, 285 S.W.3d at 869 at n.1.

The appeal is dismissed for failure to file a timely notice of appeal. The case is remanded to the trial court for further proceedings consistent with this opinion. Mr. Wellman is taxed with the costs for which execution may issue.

PER CURIAM

Case 3:24-cv-00623    Document 1    Filed 05/17/24    Page 12 of 23 PageID #: 12

APPROVED FOR ENTRY:

_/s/ Trent North Notestine_____
Trent North Notestine, BPR #37211
Robert Elliott Graves, BPR # 36809
*Attorneys for the Plaintiff*
109 Kenner Avenue, Suite 201
Nashville, Tennessee 37205
Phone: (615) 297-1568
Facsimile (615) 297-2413
Trent@notestinelaw.com
Elliott@egraveslawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing was served by first class U.S. Mail first class mail, postage prepaid **and/or** by email pursuant to Tenn. Rule. Civ. Procedure §5.02(2) to:

William Wellman - *Pro Se*
323 Forest Park Road, Building 5, Unit 2
Madison, Tennessee 37115

This 25th Day of August 2023.

_/s/ Trent North Notestine_____
Trent North Notestine, BPR #37211

_/s/ Robert Elliott Graves_____
Robert Elliott Graves, BPR #36809

*This is not my home address*
*I had no idea there were*
*Hearings or court trial.*

☒ Alias
☐ Amended
☐ Counter-Claim

No. __20GC16333__

Robin Hood Condo Association c/o Notestine Law
Plaintiff(s)
Firm, 109 Kenner Avenue, Nashville, TN 37205
Address
615-297-1568 ext. 13          vs.
Telephone
William Wellman
Defendant
7006 Old Clarksville Pike, Joelton, TN 37080
Address

Defendant

PRIVATE PROCESS
Address

**CIVIL WARRANT**
Metropolitan General Sessions Court

Issued ____4-5____, 20__21__

RICHARD R. ROOKER, Clerk

By: _[signature]_
                    Deputy Clerk

Day of week __Wednesday__ on __July 14th__, 2021

Set for 9:45 A.M. on __July 14th__
Courtroom 1B,          Justice A. A. Birch Building
                       408 Second Avenue North
                       P.O. Box 196304
                       Nashville, Tennessee 37219-6304

Reset for: _____

Came to hand same day issued and executed as commanded on:

_____, 20___

Served: _____

Sheriff/Process Server

Trent North Notestine, BPR # 37211          Attorney for Plaintiff
615-297-1568 ext. 13                        Telephone
                                            Attorney for Defendant

---

# STATE OF TENNESSEE, COUNTY OF DAVIDSON

2021 APR -5 AM 10: 10

To Any Lawful Officer to Execute and Return:

Summon __William Wellman__

to appear before the Metropolitan General Sessions Court of Davidson County, Tennessee, to be held in

Courtroom 1B, Justice A. A. Birch Building, 408 Second Avenue North, Nashville, Tennessee,

on __Wednesday, July 14th__, 20__21__ at 9:45 a.m., then and there to answer in

a civil action brought by the Plaintiff(s) for:

__Robin Hood Condo Association Dues owed by Defendant. Plaintiff also request__

__that the Court allow Plaintiff to claim all Actual, Compensatory, Attorney's__

__Fees, and all other Damages allowed by this Court.__

under $ __25,000.00__ _____ Dollars

Judgment for _____

against _____ for _____

$ _____ Dollars and cost of suit for

which execution may issue. Entered: _____, 20___

_____, Metropolitan General Sessions Court
Judge, Division

**JUDGMENT**

To request an ADA accommodation, please
contact Dart Gore at (615) 880-3309.

**Bill Dorris & Associates**

P. O. Box 153
Goodlettsville, TN 37070
615-868-0396
FAX 615-868-2002

*Correct Address*

TO:

William & Belinda Wellman
7006 Old Clarksville Pk
Joelton, TN 37080

# Statement

| Billing Period | Statement Date |
|---|---|
| 9/20/17 - 5/30/18 | 5/30/18 |

| Property | Unit | Type | Acc # |
|---|---|---|---|
| RH-502 | RH-502 | SFH | 472 |

| Previous Balance | Current Charges | Current Credits | Balance Due |
|---|---|---|---|
| -139.00 | 1,829.00 | -1,192.00 | 498.00 |

| Last Payment | Amount Enclosed |
|---|---|
| 5/22/18 7495 $159.00 | |

PLEASE RETURN TOP PORTION WITH YOUR REMITTANCE

| DATE | TRANSACTION DESCRIPTION | | AMOUNT |
|---|---|---|---|
| | Previous Balance | | -139.00 |
| 09/28/17 | Assessment | | 300.00 |
| 10/01/17 | HOA Dues | | 139.00 |
| 10/16/17 | Payment Received - Thank You | 7418 | -139.00 |
| 11/01/17 | HOA Dues | | 139.00 |
| 11/13/17 | Payment Received - Thank You | 7377 | -139.00 |
| 12/01/17 | HOA Dues | | 139.00 |
| 12/15/17 | Payment Received - Thank You | 7191 | -139.00 |
| 01/01/18 | HOA Dues | | 222.40 |
| 01/22/18 | Payment Received - Thank You | 7196 | -139.00 |
| 02/01/18 | HOA Dues | | 222.40 |
| 02/14/18 | Payment Received - Thank You | 7205 | -159.00 |
| 03/01/18 | HOA Dues | | 222.40 |
| 03/20/18 | Payment Received - Thank You | 7470 | -159.00 |
| 04/01/18 | HOA Dues | | 222.40 |
| 04/16/18 | Payment Received - Thank You | 7483 | -159.00 |
| 05/01/18 | HOA Dues | | 222.40 |
| 05/22/18 | Payment Received - Thank You | 7495 | -159.00 |

| | |
|---|---|
| Sub Total | 498.00 |
| Unapplied Credits | 0.00 |
| **BALANCE DUE** | **498.00** |

| COMMENTS |
|---|
| MAKE CHECKS PAYABLE TO: Robin Hood Condominiums |

To: Judge Joe Binkley

Subject: Docket #21C1764

CC ....Clerk of Appellate court James M Hivner

Date: 11/15/2023

Your honor I'm reaching out to you because my constitutional rights as a US citizen, resident of the State of Tennessee and honorably discharged Air Force

Veteran have been intentionally violated. The plaintiff's did not want my side of this case to be presented. They were well aware I didn't reside at 323 forest Park Road in Madison tn.

They had my home address 7006 Old Clarksville pike Joelton tn 37080 for years which is evidenced in the enclosed showing how I was sent a paymernt statement and the

Unwarranted price increase from $139.00 to $224.00 in which I never received a notice. The enclosed pictures clearly show the deteriorating condition of Robin Hood Condos. I raised issues

and they retaliated by sending bogus charges for things like broken blinds when clearly it was the unit next to mine. I've enclosed pictures of this as well. I also have vidieo's and testimony from

a tenant;not my own, about the worsening conditions of the property. I've downloaded video to a thumb drive and would very much like to present to you. I can drop it off or mail it if you wish.

Please allow this appeal to go forward. I'm still in the process of trying to hire an attorney. My previous attorney spoke like we were on the same page in 2021 when I paid him $1500 and would raise

The issues I had and we would meet before the hearing or trial. Didn't hear from him so the day before we were scheduled to appear I called him. His only response to me was "ain't gonna be no trial"

He didn't explain what happened. I thought it was over. Then in 2023 I get a statement of interrogatories for the plaintiffs. Mind you I hadn't heard from him about my case or theirs since 2021.

was skeptical. Next I receive a letter where the judge allowed him to step down as my attorney. He never showed in any way he was my attorney after I paid him.

Sincerelly yours,

William Wellman

# IN THE FIFTH CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE

| | | |
|---|---|---|
| ROBIN HOOD CONDO ASSOCIATION | ) | CASE NO. 21C1764 |
| **Plaintiff / Appellee** | ) | |
| VS. | ) | APPEAL NO. |
| WILLIAM WELLMAN | ) | M2023-01519-COA-R3-CV |
| **Defendant / Appellant** | ) | |

| PLEADINGS | INDEX | PAGE |
|---|---|---|
| CIVIL WARRANT | PLTF, BREACH OF CONTACT, FILED IN THE GENERAL SESSIONS COURT 11.10.20 | 1 |
| NOTICE | PLTF, OF SETTING HEARING, FILED IN THE GENERAL SESSIONS COURT 07.13.21 | 2 |
| ORDER | CIVIL WARRANT, ENTERED IN THE GENERAL SESSIONS COURT 09.29.21 | 3 |
| NOTICE | DEFT, OF APPEAL TO CIRCUIT COURT UNDER 20GC16333, FILED IN THE GENERAL SESSIONS COURT 10.11.21 | 5 |
| MOTION | DEFT, TO SET, FILED 11.24.21 | 6 |
| MOTION | PLTF, TO DISMISS, FILED 09.15.22 | 8 |
| RESPONSE | DEFT, IN OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS, FILED 10.10.22 | 10 |
| ORDER | DENIED DEFENDANT'S MOTION TO DISMISS AND SET HEARING, ENTERED 10.21.22 | 13 |
| COMPLAINT | PLTF, VERIFIED WITH EXHIBITS A - C, FILED 03.14.23 | 16 |
| COUNTERCLAIM | DEFT, AND ANSWER, FILED 04.14.23 | 93 |

| | | |
|---|---|---|
| ANSWER | PLTF, TO APPELLANT'S COUNTERCLAIM, FILED 05.02.23 | 99 |
| MOTION | DEFT, TO WITHDRAW, FILED 05.05.23 | 103 |
| MOTION | PLTF, TO SET CASE FOR HEARING, FILED 06.13.23 | 105 |
| MOTION | PLTF, FOR SUMMARY JUDGMENT, FILED 07.05.23 | 107 |
| MEMORANDUM | PLTF, IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AGAINST THE DEFENDANT WILLIAM WELLMAN WITH EXHIBITS A - C, FILED 07.05.23 | 110 |
| STATEMENT | PLTF, OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, FILED 07.05.23 | 140 |
| ORDER | TO SET NEW TRIAL DATE, ENTERED 07.10.23 | 143 |
| ORDER | WITHDRAW OF DEFENDANT'S ATTORNEY, ENTERED 08.10.23 | 146 |
| FINAL ORDER | APPROVING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, ENTERED 08.31.23 | 148 |
| NOTICE | DEFT, OF APPEAL WITH ATTACHMENT, FILED IN THE APPELLATE CLERK'S OFFICE 10.27.23 | 152 |
| ORDER | DENYING WILLIAM WELLMAN'S "STATEMENT OF EVIDENCE", ENTERED 02.26.24 | 161 |
| CERTIFICATION | CLERK, OF APPELLATE RECORD | 164 |

IN THE COURT OF APPEALS OF TENNESSEE
AT NASHVILLE
April 17, 2024

**ROBIN HOOD CONDO ASSOCIATION v. WILLIAM WELLMAN**

**Appeal from the Circuit Court for Davidson County**
**No. 21C1764   Joseph P. Binkley, Jr., Judge**

_____

**No. M2023-01519-COA-R3-CV**

_____

A condominium owner appeals from a final judgment awarding past due fees and assessments to a homeowners association.  Because the owner did not file his notice of appeal within thirty days after entry of the judgment as required by Tennessee Rule of Appellate Procedure 4(a), we dismiss the appeal.

**Tenn. R. App. P. 3 Appeal as of Right; Appeal Dismissed**

FRANK G. CLEMENT, JR., P.J., M.S., W. NEAL MCBRAYER, and JEFFREY USMAN, JJ.

William Wellman, Joelton, Tennessee, Pro Se.

Trent North Notestine, Nashville, Tennessee, for the appellee, Robin Hood Condo Association.

**MEMORANDUM OPINION[1]**

This appeal involves a dispute between a condominium owner and a homeowners association over fees and assessments.  The Robin Hood Condo Association ("Robin Hood") obtained a judgment against the owner, William Wellman, for past due fees and assessments in the General Sessions Court for Davidson County.  Mr. Wellman appealed to the circuit court and filed a counterclaim for breach of contract.  Robin Hood moved for summary judgment.  On August 31, 2023, the trial court granted the motion for summary

_____

[1] Under Tennessee Court of Appeals Rule 10, a case decided by memorandum opinion may not be published, cited, or relied on for any reason in any unrelated case.

APPROVED FOR ENTRY:

_/s/ Trent North Notestine_____
Trent North Notestine, BPR #37211
Robert Elliott Graves, BPR # 36809
*Attorneys for the Plaintiff*
109 Kenner Avenue, Suite 201
Nashville, Tennessee 37205
Phone: (615) 297-1568
Facsimile (615) 297-2413
Trent@notestinelaw.com
Elliott@egraveslawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was served by first class U.S. Mail first class mail, postage prepaid **and/or** by email pursuant to Tenn. Rule. Civ. Procedure §5.02(2) to:

William Wellman - *Pro Se*
323 Forest Park Road, Building 5, Unit 2
Madison, Tennessee 37115

This 25th Day of August 2023.

*[handwritten: This is Not my Address. Who was it Delivered to. my tenant states she Never recieved it.]*

_/s/ Trent North Notestine_____
Trent North Notestine, BPR #37211

_/s/ Robert Elliott Graves_____
Robert Elliott Graves, BPR #36809

*[handwritten: This is why the Appeal was late.]*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

   and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff _____

Printed Name of Plaintiff _____

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____