IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **WILLIAM WELLMAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. 3:24-cv-00623** |
| | ) | |
| **ROBIN HOOD CONDOS HOA,** | ) | **JUDGE CAMPBELL** |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

Plaintiff William Wellman, a Tennessee resident proceeding pro se, filed a Complaint against Robin Hood Condos HOA and paid the civil filing fee.

On June 20, 2024, the Court entered an Order directing Plaintiff to show cause within 30 days why this case should not be dismissed for lack of subject-matter jurisdiction. (Doc. No. 6, "the Show Cause Order".) The Court warned Plaintiff that failure to respond to the Show Cause Order would likely result in the dismissal of this action. (*Id.* at 4.)

The deadline to respond to the Show Cause Order has passed without any response from Plaintiff. For the reasons stated in the Show Cause Order, the Court finds that it lacks subject-matter jurisdiction over this case. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**.

The Clerk shall close the file.

It is so **ORDERED**.

William L. Campbell, Jr.
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE